IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00103-WDM-KLM

DEBRA WHITEHEAD-ROJAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Uncontested Motion to Vacate Settlement Conference Set for August 4, 2008, and Certificate of Compliance with D.C. Colo. LCIVR 7.1(A) and 6.1(D)** [Docket No. 33; Filed July 21, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for August 4, 2008 at 3:30 p.m. is **vacated** and will be reset upon joint motion of the parties or Court Order.

Dated: July 22, 2008