**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00103-CMA-KLM

DEBRA WHITEHEAD-ROJAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER TO CONTINUE TRIAL DATE

    This matter comes before the Court *sua sponte.* The five-day jury trial in this matter was set to commence August 17, 2009 on a trailing docket. It has been determined that the earlier two-week trial, also set to commence August 17, 2009, will go forward. It is, therefore,

    ORDERED that the Final Trial Preparation Conference, set for July 27, 2009, and the five-day jury trial, currently set to commence August 17, 2009, are VACATED. The Court notes that the week of August 24, 2009 at 1:30 p.m. is available on its docket as a confirmed setting, should counsel be available at that time. Lead counsel for the parties are DIRECTED to confer among themselves and their clients and to call Chambers

(303-335-2174) via conference call no later than July 30, 2009, with their calendars available, in order to reset this matter for trial.

DATED: July   22  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge