**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00103-CMA-KLM

DEBRA WHITEHEAD-ROJAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER REGARDING RESPONSE TO TRIAL BRIEF**

---

This matter comes before the Court *sua sponte.* On July 22, 2009, Defendant filed a Trial Brief Regarding Statute of Limitations Issues (Doc. # 64). The Court, having read the brief, is unclear regarding its purpose. It styles itself a trial brief yet appears, for all practical purposes, to be a motion seeking dispositive relief on statute of limitations grounds.

The Court, therefore, ORDERS that Plaintiff respond to Defendant's filing by submitting its own brief regarding the statute of limitations issue <u>no later than August 13, 2009</u>.

    DATED: July <u>  24  </u>, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge