**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00103-CMA-KLM

DEBRA WHITEHEAD-ROJAS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. #74). The Court having considered the Stipulation and being fully advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE as to all claims between Plaintiff Debra Whitehead-Rojas and Defendant American Family Mutual Insurance Company, each party to pay her or its own costs and attorney's fees in this matter.

    DATED: September __22__, 2009

                              BY THE COURT:

                              */s/ Christine M. Arguello*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge